IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUL 27 2000

Melissa A. Lehman

        Plaintiff(s)

vs.

Jason Robert Snader

        Defendant(s)

Civil Action No. AMD-00-2232

__X__ FEE PAID
_____ FEE NOT PAID

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Soren P. West,__ Esquire a member of the Bar of this court, moves the admission of __Wayne C. Parsil,__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Plaintiff, Melissa A. Lehman.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Pennsylvania__

and/or the following United States Court(s): __Middle District of Pennsylvania, Eastern District of Pennsylvania, United States Court of Appeals for the Third Circuit, Supreme Court.__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __Not applicable.__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S. DISTRICT COURT

Revised 6/98



- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or Soren P. West, _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission pro hac vice does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT: _____      PROPOSED ADMITTEE: _____
Signature                                Signature

319 North Duke Street                    131 East Grant Street
Address                                  Address

Lancaster, PA 17602                      Lancaster, PA 17602

717-295-7272                             717-291-1796
Office phone number                      Office phone number

717-295-9144                             717-291-4510
Fax number                               Fax number

07290
Md. U.S. District Court Number

FILED _____   LODGED _____   ENTERED _____   RECEIVED _____

JUL 31 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**ORDER**

Motion ✓ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

Dated July 31, 2000

_____
Judge, U.S. District Court