LAW OFFICES OF
# DALE E. ANSTINE, P.C.
131 EAST GRANT STREET
LANCASTER, PENNSYLVANIA 17602

(717) 291-1796
FAX (717) 291-4510

DALE E. ANSTINE
DAVID M. POLLICK
JOHN M. SOFILKA
GREGORY E. MARTIN
BISHOP (NICK) KAUFFMAN
W. SCOTT SANDUSKY
LEAH B. GRAFF
WAYNE C. PARSIL
THOMAS P. LANG

PRACTICE LIMITED TO
PERSONAL INJURY
WRONGFUL DEATH

*RECEIVED IN THE OFFICE OF ANDRE M. DAVIS MAR 0 5 [2001] UNITED STATES DISTRICT JUDGE*

March 2, 2001

The Honorable Andre M. Davis
United States District court for the District of Maryland
U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

    Re:    <u>Melissa A. Lehman v. Jason Robert Snader</u>
            Court No.: AMD 00 CV 2232

Dear Judge Davis:

    Please be advised that this matter has been concluded. Plaintiff's Motion to Reopen Action is withdrawn.

Truly yours,

*/s/ Wayne C. Parsil*

Wayne C. Parsil

WCP/sma

cc:    Jonathan P. Stebenne, Esquire

APPROVED
*/s/ Andre*
3/5/2001